# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 3, 2009

Charles R. Fulbruge III
Clerk

No. 08-30922
Summary Calendar

LIBERTARIAN PARTY; LIBERTARIAN PARTY OF LOUISIANA; BOB BARR; WAYNE ROOT,

Plaintiffs–Appellees,

v.

JAY DARDENNE, In His Official Capacity as Louisiana Secretary of State,

Defendant–Appellant.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:08-CV-582

---

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Jay Dardenne, in his official capacity as Louisiana Secretary of State, Libertarian Party, Libertarian Party of Louisiana, Bob Barr, and Wayne Root agree that this appeal is moot. Accordingly, we VACATE the district court's preliminary injunction order and REMAND for further proceedings.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.